**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| BLAUER MANUFACTURING COMPANY, INC., Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR PATENT INFRINGEMENT |
| ASHLEY WORLDWIDE, INC. DBA GERBER MANUFACTURING COMPANY DBA GERBER OUTERWEAR, Defendant. | ) | DEMAND FOR JURY TRIAL |

## COMPLAINT

Plaintiff Blauer Manufacturing Company, Inc. complains as follows against Defendant Ashley Worldwide, Inc. dba Gerber Manufacturing Company dba Gerber Outerwear.

## PARTIES

1. Plaintiff Blauer Manufacturing Company, Inc. ("Blauer") is a corporation organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business at 20 Aberdeen Street, Boston, Massachusetts 02215.

2. On information and belief, Defendant Ashley Worldwide, Inc. dba Gerber Manufacturing Company dba Gerber Outerwear ("Gerber Outerwear") is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business at 202 Lincolnway East, Mishawaka, Indiana 46544.

## JURISDICTION

3. This is an action for patent infringement under the United States Patent Laws, 35 U.S.C. § 271, *et. seq.* This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

4. On information and belief, Defendant Gerber Outerwear conducts business in this Judicial District and has committed acts of patent infringement in this Judicial District including, *inter alia*, importing, making, using, offering for sale, and/or selling infringing products in this Judicial District.

## VENUE

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

6. Plaintiff Blauer is the owner by assignment of all right, title, and interest in and to United States Patent No. 5,466,515 ("the '515 patent") entitled "Weather Protective Fabric Combination, Outerwear Constructed Therefrom," which duly and legally issued in the name of Stephen Blauer and Charles Blauer on November 14, 1995. A copy of the '515 patent is attached to the Complaint as Exhibit A.

7. Plaintiff Blauer is the owner by assignment of all right, title, and interest in and to United States Patent No. 5,514,459 ("the '459 patent") entitled "Waterproof Breathable Lining and Outerwear Constructed Therefrom," which duly and legally issued in the name of Stephen Blauer, Charles Blauer, and Mark A. Mordecai on May 7, 1996. A copy of the '459 patent is attached to the Complaint as Exhibit B.

8. Plaintiff Blauer is the owner by assignment of all right, title, and interest in and to United States Patent No. 5,593,754 ("the '754 patent") entitled "Breathable Fabric Construction for

Outerwear," which duly and legally issued in the name of Stephen Blauer, Charles Blauer, and Mark A. Mordecai on January 14, 1997. A copy of the '754 patent is attached to the Complaint as Exhibit C.

9. Plaintiff Blauer is the owner by assignment of all right, title, and interest in and to United States Patent No. 5,626,949 ("the '949 patent") entitled "Breathable Shell for Outerwear," which duly and legally issued in the name of Stephen Blauer, Charles Blauer, Mark A. Mordecai, and Richard Satterfield on May 6, 1997. A copy of the '949 patent is attached to the Complaint as Exhibit D. The patents identified in paragraphs 6-9 and attached at Exhibits A-D are collectively referred to herein as "the Blauer Patents."

10. Upon information and belief, Defendants Gerber Outerwear manufactures, uses, offers for sale, and/or sells outerwear including, without limitation, outerwear including, without limitation, the Eclipse Jacket.

11. Upon information and belief, defendant Gerber Outerwear has made, used, offered to sell, and/or sold, and continues to make, use, offer to sell, and/or sell products within this Judicial District, including, without limitation, the Eclipse Jacket, that infringe the Blauer Patents.

## <u>COUNT 1: PATENT INFRINGEMENT</u>

### Infringement of the '515 Patent

12. Blauer realleges and incorporates by reference the allegations set forth in paragraphs 1-11 above.

13. Upon information and belief, defendant Gerber Outerwear has been, and currently is, directly and indirectly infringing at least claims 1, 2, 4-7, and 11-13 of the '515 patent by making, using, selling, offering for sale, contributing to the use of by others, and/or inducing others to use products including, without limitation, the Eclipse Jacket.

14. Upon information and belief, defendant Gerber Outerwear's infringement of the '515 patent has been and continues to be willful and deliberate.

15. Upon information and belief, defendant Gerber Outerwear's infringement of the '515 patent will continue unless enjoined by this Court.

16. As a direct and proximate consequence of defendant Gerber Outerwear's infringement of the '515 patent, Blauer has suffered and will continue to suffer irreparable injury and damages in an amount not yet determined for which Blauer is entitled to relief.

## COUNT 2: PATENT INFRINGEMENT

### Infringement of the '459 Patent

17. Blauer realleges and incorporates by reference the allegations set forth in paragraphs 1-16 above.

18. Upon information and belief, defendant Gerber Outerwear has been, and currently is, directly and indirectly infringing at least claims 1-5, 9, 12, 13, 16, 34-36, 40, 43, and 44 of the '459 patent by making, using, selling, offering for sale, contributing to the use of by others, and/or inducing others to use products including, without limitation, the Eclipse Jacket.

19. Upon information and belief, defendant Gerber Outerwear's infringement of the '459 patent has been and continues to be willful and deliberate.

20. Upon information and belief, defendant Gerber Outerwear's infringement of the '459 patent will continue unless enjoined by this Court.

21. As a direct and proximate consequence of defendant Gerber Outerwear's infringement of the '459 patent, Blauer has suffered and will continue to suffer irreparable injury and damages in an amount not yet determined for which Blauer is entitled to relief.

## COUNT 3: PATENT INFRINGEMENT

### Infringement of the '754 Patent

22. Blauer realleges and incorporates by reference the allegations set forth in paragraphs 1-21 above.

23. Upon information and belief, defendant Gerber Outerwear has been, and currently is, directly and indirectly infringing at least claims 1-3, 7-10, 14, 16, 17, 28, 29, 33, 34, 38, and 40 of the '754 patent by making, using, selling, offering for sale, contributing to the use of by others, and/or inducing others to use products including, without limitation, the Eclipse Jacket.

24. Upon information and belief, defendant Gerber Outerwear's infringement of the '754 patent has been and continues to be willful and deliberate.

25. Upon information and belief, defendant Gerber Outerwear's infringement of the '754 patent will continue unless enjoined by this Court.

26. As a direct and proximate consequence of defendant Gerber Outerwear's infringement of the '754 patent, Blauer has suffered and will continue to suffer irreparable injury and damages in an amount not yet determined for which Blauer is entitled to relief.

## COUNT 4: PATENT INFRINGEMENT

### Infringement of the '949 Patent

27. Blauer realleges and incorporates by reference the allegations set forth in paragraphs 1-26 above.

28. Upon information and belief, defendant Gerber Outerwear has been, and currently is, directly and indirectly infringing at least claims 1, 2, 3, 7, and 8 of the '949 patent by making, using, selling, offering for sale, contributing to the use of by others, and/or inducing others to use products including, without limitation, the Eclipse Jacket.

29. Upon information and belief, defendant Gerber Outerwear's infringement of the '949 patent has been and continues to be willful and deliberate.

30. Upon information and belief, defendant Gerber Outerwear's infringement of the '949 patent will continue unless enjoined by this Court.

31. As a direct and proximate consequence of defendant Gerber Outerwear's infringement of the '949 patent, Blauer has suffered and will continue to suffer irreparable injury and damages in an amount not yet determined for which Blauer is entitled to relief.

## PRAYER FOR RELIEF

Wherefore, Blauer requests entry of judgment in its favor and against defendant Gerber Outerwear as follows:

A. Enter judgment that defendant Gerber Outerwear has infringed the Blauer Patents;

B. Enter judgment that defendant Gerber Outerwear has induced infringement of the Blauer Patents;

C. Enter judgment that defendant Gerber Outerwear has contributed to infringement of the Blauer Patents;

D. Enter a preliminary and permanent injunction restraining and enjoining defendant Gerber Outerwear and its respective officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, from any further sales or use of their infringing products and any other infringement of the Blauer Patents, whether direct or indirect pursuant to 35 U.S.C. § 283;

E. For damages to compensate Blauer for defendant Gerber Outerwear's infringement of the Blauer Patents pursuant to 35 U.S.C. § 284;

F. For enhanced damages pursuant to 35 U.S.C. § 284;

G. For an award of pre-judgment and post-judgment interest and costs to Blauer in accordance with 35 U.S.C. § 284;

H. For an award of Blauer's reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

I. Grant to Blauer such other and further relief as the Court may deem just, proper, and equitable under the circumstances.

## DEMAND FOR JURY TRIAL

Blauer respectfully demands a trial by jury on all claims and issues so triable.

Respectfully Submitted,
Dated: May 6, 2010
ALTMAN & MARTIN

/s/ Steven K. Martin

Steven K. Martin, BBO No. 567494
6 Beacon Street, Suite 600
Boston, Massachusetts 02108
617-523-3515 Telephone
617-523-1872 Facsimile
smartin@altmartlaw.com
ATTORNEY FOR PLAINTIFF